Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 759 | **DATE** | 9/8/2005 |
| **CASE TITLE** | Jerrell D. Coburn, et al vs. Daimlerchrysler Services N. America, | | |

**DOCKET ENTRY TEXT:**

ENTER FINAL JUDGMENT AND ORDER APPROVING CLASS ACTION SETTLEMENT AND DISMISSAL WITH PREJUDICE.

■ [ For further detail see attached order.]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|